**Patrick DALTON, Plaintiff—Appellant,**

v.

**PREMIER BEHAVIORAL SOLUTIONS, INCORPORATED, d/b/a Brynn Marr Behavioral Healthcare System, Defendant—Appellee.**

No. 07–1023.

United States Court of Appeals, Fourth Circuit.

Submitted: April 19, 2007.

Decided: April 24, 2007.

Patrick Dalton, Appellant Pro Se. Mark W. Peters, Waller, Lansden, Dortch & Davis, Nashville, Tennessee; Norwood Pitt Blanchard III, Cranfill, Sumner & Hartzog, LLP, Wilmington, North Carolina, for Appellee.

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patrick Dalton appeals the district court's order granting the Defendant's motion for summary judgment in Dalton's Title VII action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Dalton v. Premier Behavioral Solutions, Inc.*, No. 7:05–cv–00030–FL (E.D.N.C. Dec. 11, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*